UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JUANITO OLIVAS-CASTANEDA,<br><br>                              Defendant. | Case No.: 3:13-CR-04465-JAH<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>**(ECF No. 108).** |

    Pending before the Court is Defendant Juanito Olivas-Castaneda's ("Olivas-Castaneda"), *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2). ("Mot.", ECF No. 108). Olivas-Castaneda contends he is eligible for a sentence reduction based upon, *inter alia*, a change in the sentencing guidelines pursuant to the First Step Act.

    Olivas-Castaneda pleaded guilty to conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846. (Plea Agreement, ECF No. 60). On March 23, 2015, this Court sentenced Olivas-Castaneda to 120-months in custody, followed by a term of five years of supervised release. (Judgment, ECF No. 85). Olivas-Castaneda was released from custodial confinement on December 22, 2022,[1] accordingly, his motion for

---

[1] Federal Bureau of Prisons, FIND AN INMATE, ://www.bop.gov/inmateloc/ (last visited June 27, 2023). The Court takes judicial notice of the BOP website and information contained therein. *See Gent v. CUNA Mut. Ins. Society*, 611 F.3d 79, 84 n.5 (1st Cir. 2010)

compassionate release is **denied as moot**. *See Murphy v. Hunt*, 455 U.S. 478, 481 (1982) ("[A] case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." (internal citations and quotations omitted)); *see also United States v. Villalobos-Torres*, Case No.: 18-cr-03243-JAH, 2022 WL 2541279 (S.D. Cal. Jul. 7, 2022); *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764 (S.D. Cal. Dec. 17, 2021).

**IT IS SO ORDERED.**

DATED: June 27, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

---

(court may take judicial notice of the contents of federal agencies' websites that are not subject to reasonable dispute).